UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| v. | : | Violation |
| **ALAN MESSNER,** | : | **26 U.S.C. § 7201 (Tax Evasion)** |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges, at all times relevant to this offense:

### COUNT ONE
### Tax Evasion, in violation of 26 U.S.C. § 7201

That in the District of Columbia, and elsewhere, after 2006, including on or about July 18, 2011, ALAN MESSNER ("MESSNER"), a resident of Palatine, Illinois, who during the calendar year 2006 was married, did willfully commit affirmative acts of evasion, including the following, in an attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2006, by filing and causing to be filed with the Internal Revenue Service Center, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse. In that false return, it was stated that the joint taxable income of MESSNER and his spouse for the calendar year was the sum of $0 and that the amount of tax due and owing thereon was the sum of $0. In fact, as he then and there knew, his joint taxable income for the calendar year was at least the sum of $122,467.73, upon which joint taxable income there was owing to the United States of America an income tax of at least $44,990.03.

(Tax Evasion, in violation of Title 26, United States Code, Section 7201.)

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

By: _____
Jonathan P. Hooks
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.   20530
202.252.6731
Jonathan.Hooks@usdoj.gov

Dated: August 2, 2013